DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LIFETIME GUARANTEE ADMINISTRATORS, LLC,**
a Florida Corporation and **JOSEPH REGAN,**
Appellants,

v.

**MITCHELL KAMINSKEY, HOWARD HELFANT,
PATRICK BROWN, MEGAN BROWN,
PRIME PERFORMANCE AUTOMOTIVE FINANCE, LLC,**
a Florida Corporation,
**PERFORMANCE AUTOMOTIVE MANAGEMENT, INC.,**
a Florida Corporation and **PERFORMANCE INSURANCE GROUP,**
a Florida Corporation,
Appellees.

No. 4D20-1604

[September 30, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas R. Lopane, Judge; L.T. Case No. CACE15-017984.

Yvette R. Lavelle and Elaine D. Walter of Boyd Richards Parker Colonnelli, Miami, for appellants Lifetime Guarantee Administrators, LLC, a Florida Corporation and Joseph Regan.

Nicole R. Moskowitz of Neustein Law Group, P.A., Aventura, for appellee Howard Helfant.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***